**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Diane Reasner,                                                      Civil No. 08-4096 (RHK/JSM)

    Plaintiff,                                **DISQUALIFICATION AND**
                  **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., et al.,

    Defendants.

  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 2, 2008

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge